No. 509. CITY OF TACOMA *v.* TAXPAYERS OF TACOMA, WASHINGTON, ET AL. Certiorari, 355 U. S. 888, to the Supreme Court of Washington. The motion of the Solicitor General for leave to participate in oral argument, as *amicus curiae,* is granted and one-half hour is allowed for that purpose. *Solicitor General Rankin* for the Federal Power Commission, movant.

No. 251. PANAMA CANAL CO. *v.* GRACE LINE, INC., ET AL.; and

No. 252. GRACE LINE, INC., ET AL. *v.* PANAMA CANAL Co. Certiorari, 355 U. S. 810, to the United States Court of Appeals for the Second Circuit. The motions for leave to file briefs of AFL–CIO Maritime Committee and Intercoastal Steamship Freight Association, as *amici curiae,* are denied. Reported below: 243 F. 2d 844.

No. 382. FIRST UNITARIAN CHURCH OF LOS ANGELES *v.* COUNTY OF LOS ANGELES ET AL.; and

No. 385. VALLEY UNITARIAN-UNIVERSALIST CHURCH, INC., *v.* COUNTY OF LOS ANGELES ET AL. Certiorari, 355 U. S. 853, 854, to the Supreme Court of California. The motion for leave to file brief of First Methodist Church of San Leandro and First Unitarian Church of Berkeley, as *amici curiae,* is granted. The motion for leave to participate in oral argument, as *amici curiae,* is denied. THE CHIEF JUSTICE took no part in the consideration or decision of these motions. *Stanley A. Weigel* and *Frank B. Frederick* for movants. Reported below: 48 Cal. 2d 419, 899, 311 P. 2d 508, 540.

No. 443, Misc. BRINK *v.* HEINZE, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.